[No. 26896-9-III. Division Three. May 19, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO RIOJAS CUELLAR, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 07-1-50304-7, Robert G. Swisher, J., entered February 21, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 27075-1-III. Division Three. May 19, 2009.]

GAIL S. HAMM, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Defendant*, SAFEWAY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 05-2-00992-2, John M. Antosz, J., entered April 17, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 26740-7-III. Division Three. May 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE TERRELL BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00418-5, Cameron Mitchell, J., entered December 7, 2007. *Remanded* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.

[No. 60776-6-I. Division One. May 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. YUSUF J. JAMA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06732-1, Bruce W. Hilyer, J., entered October 9, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.